UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                §
                                      §
                                      §
Kimberly D. Powell                    §    Case No. 15-20944
                                      §
         Debtor                       §
                                      §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

   GREGG SZILAGYI, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 0.00                    Assets Exempt: 3,620.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 9,325.85    Claims Discharged
                                              Without Payment: 143,013.93

Total Expenses of Administration: 3,326.98

---

   3) Total gross receipts of $ 281,047.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 268,394.17 (see **Exhibit 2**), yielded net receipts of $ 12,652.83 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 111,547.00 | $ 276,649.40 | $ 276,649.40 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 3,326.98 | 1,318.07 | 3,326.98 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 13,462.72 | 13,462.72 | 7,049.11 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 31,466.93 | 2,230.39 | 2,230.39 | 2,276.74 |
| **TOTAL DISBURSEMENTS** | $ 143,013.93 | $ 295,669.49 | $ 293,660.58 | $ 12,652.83 |

   4)  This case was originally filed under chapteron  06/17/2015 , and it was converted to chapter 7 on  11/12/2015 .  The case was pending for 19 months.

   5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

   6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

   Dated:  06/13/2017            By: /s/GREGG SZILAGYI
                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| LIFE INSURANCE PROCEEDS FROM DEATH OF SPOUSE | 1229-000 | 281,047.00 |
| **TOTAL GROSS RECEIPTS** | | **$281,047.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| KIMBERLY D. POWELL | Exemptions | 8100-002 | 231,047.00 |
| Kimberly D. Powell | Surplus Funds Paid to Debtor 726 (a)(6) (includes Payments to shareholders and limited partners) | 8200-002 | 37,347.17 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 268,394.17** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | City of Chicago Water Department PO Box 6330 Chicago, IL 60680 | | 600.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | IRS P.O. Box 7346 Philadelphia, PA 19101-7346 | | 2,714.00 | NA | NA | 0.00 |
| | Penmacsvc 27001 Agoure Rd Calabassas, CA 91301 | | 108,233.00 | NA | NA | 0.00 |
| 2 | Pnmac Mortgage Opportunity Fund Investors, Llc | 4110-000 | NA | 138,324.70 | 138,324.70 | 0.00 |
| 3 | Pnmac Mortgage Opportunity Fund Investors, Llc | 4110-000 | NA | 138,324.70 | 138,324.70 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $ 111,547.00 | $ 276,649.40 | $ 276,649.40 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GREGG SZILAGYI | 2100-000 | NA | 2,008.91 | 0.00 | 2,008.91 |
| INTERNATIONAL SURETIES LTD | 2300-000 | NA | 60.30 | 60.30 | 60.30 |
| Associated Bank | 2600-000 | NA | 1,257.77 | 1,257.77 | 1,257.77 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 3,326.98 | $ 1,318.07 | $ 3,326.98 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Illinois Department of Revenue Bankruptcy Section P.O. Box 64338 Chicago, IL 60664-0338 | | 0.00 | NA | NA | 0.00 |
| | IRS P.O. Box 7346 Philadelphia, PA 19101-7346 | | 0.00 | NA | NA | 0.00 |
| 4 | Illinois Department of Revenue | 5800-000 | NA | 199.68 | 199.68 | 199.68 |
| 1 | IRS | 5800-000 | NA | 13,263.04 | 13,263.04 | 6,849.43 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 0.00 | $ 13,462.72 | $ 13,462.72 | $ 7,049.11 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | IRS P.O. Box 7346 Philadelphia, PA 19101-7346 | | 29,466.93 | NA | NA | 0.00 |
| | peoples gas 130 E. Randolph Drive Chicago, IL 60601 | | 2,000.00 | NA | NA | 0.00 |
| | Village of Evergreen Park Traffic COmpliance Admin 9420 S. Kedzie Ave Evergreen Park, IL 60805 | | 0.00 | NA | NA | 0.00 |
| | Village of Evergreen Park Traffic COmpliance Admin 9420 S. Kedzie Ave Evergreen Park, IL 60805 | | 0.00 | NA | NA | 0.00 |
| 4 | Illinois Department of Revenue | 7100-000 | NA | 35.50 | 35.50 | 35.50 |
| 1 | IRS | 7100-000 | NA | 2,194.89 | 2,194.89 | 2,194.89 |
| | Illinois Department of Revenue | 7990-000 | NA | NA | NA | 1.18 |
| | IRS | 7990-000 | NA | NA | NA | 45.17 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 31,466.93 | $ 2,230.39 | $ 2,230.39 | $ 2,276.74 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 15-20944 | TAB | Judge: | Timothy A. Barnes | Trustee Name: | GREGG SZILAGYI |
|---|---|---|---|---|---|---|
| Case Name: | Kimberly D. Powell | | | | Date Filed (f) or Converted (c): | 11/12/2015 (c) |
| | | | | | 341(a) Meeting Date: | 12/07/2015 |
| For Period Ending: | 06/13/2017 | | | | Claims Bar Date: | 09/01/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 7945 S. Albany Chicago, Il 60652 Pin: 19-36-102-039-0000 | 42,950.00 | 0.00 | | 0.00 | 0.00 |
| 2. Cash | 200.00 | 0.00 | | 0.00 | 0.00 |
| 3. Us Bank | 20.00 | 0.00 | | 0.00 | 0.00 |
| 4. Used Furniture | 900.00 | 0.00 | | 0.00 | 0.00 |
| 5. Used Clothing | 500.00 | 0.00 | | 0.00 | 0.00 |
| 6. 2005 Chrysler Town & Country Approx 110,000 Miles | 2,000.00 | 0.00 | | 0.00 | 0.00 |
| 7. LIFE INSURANCE PROCEEDS FROM DEATH OF SPOUSE (u) | 0.00 | 281,047.00 | | 281,047.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $46,570.00 | $281,047.00 | | $281,047.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE IS NEGOTIATING WITH DEBTOR REGARDING EXEMPTION STATUS OF LIFE INSURANCE PROCEEDS AND EXPECTS TO FILE A MOTION TO APPROVE COMPROMISE WITHIN 30 DAYS.

TRUSTEE CONFIRMING AMOUNTS AND PRIORITY OF DEBTS DUE TO IRS AND EXPECTS COMPLETION BEFORE 12/31/16.

Initial Projected Date of Final Report (TFR): 12/31/2016   Current Projected Date of Final Report (TFR): 02/28/2017

UST Form 101-7-TDR (10/1/2010) *(Page: 7)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 15-20944 | Trustee Name: GREGG SZILAGYI |
| Case Name: Kimberly D. Powell | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX2971 |
| | Checking |
| Taxpayer ID No: XX-XXX9503 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 06/13/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/07/16 | 7 | THE HARTFORD INSURANCE COMPOANY | EXEMPTION FOR TAX REFUND | 1229-000 | $281,047.00 | | $281,047.00 |
| 08/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $336.87 | $280,710.13 |
| 09/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $417.28 | $280,292.85 |
| 09/13/16 | 101 | KIMBERLY D. POWELL | EXEMPT PORTION OF LIFE INSURANCE | 8100-002 | | $231,047.00 | $49,245.85 |
| 10/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $214.98 | $49,030.87 |
| 11/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $72.94 | $48,957.93 |
| 12/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $70.44 | $48,887.49 |
| 01/09/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $72.68 | $48,814.81 |
| 02/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $72.58 | $48,742.23 |
| 03/13/17 | 102 | INTERNATIONAL SURETIES LTD<br>701 POYDRAS STREET<br>SUITE 420<br>NEW ORLEANS, LA  70139 | BLANKET BOND PREMIUM | 2300-000 | | $60.30 | $48,681.93 |
| 03/28/17 | 103 | GREGG SZILAGYI<br>542 South Dearborn Street<br>Suite 1400<br>Chicago, Illinois  60605<br>, | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $2,015.99 | $46,665.94 |

Page Subtotals: $281,047.00   $234,381.06

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 15-20944 | Trustee Name: | GREGG SZILAGYI |
| Case Name: | Kimberly D. Powell | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX2971 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX9503 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 06/13/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/28/17 | 104 | IRS<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Distribution | | | $9,089.49 | $37,576.45 |
| | | | ($45.17) | 7990-000 | | | |
| | | IRS | Final distribution to claim 1 representing a payment of 100.00 % per court order. ($6,849.43) | 5800-000 | | | |
| | | IRS | Final distribution to claim 1 representing a payment of 100.00 % per court order. ($2,194.89) | 7100-000 | | | |
| 03/28/17 | 105 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664-0338 | Distribution | | | $236.36 | $37,340.09 |
| | | | ($1.18) | 7990-000 | | | |
| | | Illinois Department of Revenue | Final distribution to claim 4 representing a payment of 100.00 % per court order. ($199.68) | 5800-000 | | | |
| | | Illinois Department of Revenue | Final distribution to claim 4 representing a payment of 100.00 % per court order. ($35.50) | 7100-000 | | | |
| 03/28/17 | 106 | Kimberly D. Powell<br>7945 S. ALBANY<br>CHICAGO, IL 60652 | Distribution of surplus funds to debtor. | 8200-002 | | $37,340.09 | $0.00 |
| 04/13/17 | 103 | GREGG SZILAGYI<br>542 South Dearborn Street<br>Suite 1400<br>Chicago, Illinois 60605<br>, | Final distribution representing a payment of 100.00 % per court order. Reversal | 2100-000 | | ($2,015.99) | $2,015.99 |
| 04/13/17 | 107 | SZILAGYI, GREGG<br>542 South Dearborn Street<br>Suite 1400<br>Chicago, Illinois 60605<br>, | TRUSTEES FEES Reversal | 2100-000 | | ($2,008.91) | $4,024.90 |

Page Subtotals: $0.00   $42,641.04

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |  | | |
|---|---|---|---|---|
| Case No: | 15-20944 | Trustee Name: | GREGG SZILAGYI | |
| Case Name: | Kimberly D. Powell | Bank Name: | Associated Bank | |
| | | Account Number/CD#: | XXXXXX2971 | |
| | | | Checking | |
| Taxpayer ID No: | XX-XXX9503 | Blanket Bond (per case limit): | $5,000,000.00 | |
| For Period Ending: | 06/13/2017 | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/13/17 | 107 | SZILAGYI, GREGG<br>542 South Dearborn Street<br>Suite 1400<br>Chicago, Illinois  60605<br>, | TRUSTEES FEES | 2100-000 | | $2,008.91 | $2,015.99 |
| 04/13/17 | 108 | Kimberly D. Powell<br>7945 S. ALBANY<br>CHICAGO, IL  60652 | Balance of SURPLUS | 8200-002 | | $7.08 | $2,008.91 |
| 04/13/17 | 109 | SZILAGYI, GREGG<br>542 South Dearborn Street<br>Suite 1400<br>Chicago, Illinois  60605<br>, | TRUSTEES FEES | 2100-000 | | $2,008.91 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $281,047.00 | $281,047.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $281,047.00 | $281,047.00 |
| Less: Payments to Debtors | $0.00 | $268,394.17 |
| Net | $281,047.00 | $12,652.83 |

Page Subtotals: $0.00   $4,024.90

UST Form 101-7-TDR (10/1/2010) (Page: 10)

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX2971 - Checking | $281,047.00 | $12,652.83 | $0.00 |
|  | $281,047.00 | $12,652.83 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $281,047.00 |
| Total Gross Receipts: | $281,047.00 |

Page Subtotals:    $0.00    $0.00